**Order entered August 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00522-CR

**CRAIGH SWEENEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82214-2013**

## ORDER

The Court **ORDERS** court reporter Indu Bailey to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1, a video.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Indu Bailey, official court reporter, 219th Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE